UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN MONCADA, | Case No. 3:19-cv-00231-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| RUSSELL PERRY, *et al.*, | |
| Respondents. | |

Petitioner Johnathan Moncada brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 25.) Before the court are various unopposed motions for extension of time filed by both parties. (ECF Nos. 28, 29, 30, 31, 34, 35.) The Court finds the requests for extensions are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Respondents' first, second, third, and fourth motions for extension of time to file a response to the amended petition (ECF Nos. 28, 29, 30, 31) are granted *nunc pro tunc*.

It is further ordered that Moncada's first motion for extension of time to file a response to the motion to dismiss (ECF No. 34) is granted *nunc pro tunc*.

It is further ordered that Moncada's second motion for extension of time to file a response to the motion to dismiss (ECF No. 35) is granted. Moncada must file the response on or before April 20, 2022.

DATED THIS 22nd Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE