UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JONATHAN MONCADA,<br><br>                Petitioner,<br>v.<br>RUSSELL PERRY, *et al.*,<br>                Respondents. | Case No. 3:19-cv-00231-MMD-CLB<br><br>ORDER |

Petitioner Johnathan Moncada brings a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court are unopposed motions by both parties. First, Petitioner has filed a motion for leave to file an opposition to Respondents' motion to dismiss that exceeds the 30-page limit set by Local Rule LSR 3-2(c). (ECF No. 38.) Petitioner points out that the motion to dismiss is complex, including raising exhaustion arguments as to thirteen of the fourteen grounds in the 75-page amended petition, as well as other substantive arguments. Petitioner moves for leave to file a 36-page opposition. The Court finds that good cause exists for the extended opposition, and therefore, the motion is granted.

Second, Respondents move for a 30-day extension of time to file their reply in support of the motion to dismiss. (ECF No. 40.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for leave to file excess pages (ECF No. 38) is granted.

///

///

///

It is further order that Respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 40) is granted. The deadline to file the reply is May 27, 2021.

DATED THIS 28th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE