UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN MONCADA,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RUSSELL PERRY, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00231-MMD-CLB<br><br>ORDER |

Petitioner Jonathan Moncada brings a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Respondents' unopposed second request for a 14-day extension of time to file their reply in support of the motion to dismiss. (ECF No. 45.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 45) is granted. The deadline to file the reply is June 10, 2022.

DATED THIS 1st Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE